FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
JAN - 5 2015
CHRISTOPHER A. PRINE
CLERK

APPELLATE DOCKET NUMBERS: 01-14-01001-CR ___ CR

: 01-14-01002-CR ___ CR

: 01-14-01003-CR ___ CR

APPELLATE CASE STYLE: 05-DCR-042537-B HC3
: 05-DCR-042538-B HC3
: 05-DCR-042572-B HC3

DOCKET STATEMENT (~~CRIMINAL~~) (*HABEAS CORPUS APPEAL*)

___First___ Court of Appeals

FILED under TRAP 32

---

I. Parties (TRAP 32.1(a), (e)

Appellant(s):

Dennis James Poledore Jr.

Pro se

Appellee(s)

State of Texas

240th District Court(Judge)

Fort Bend County, Texas

Attorney (Lead appellate counsel)

Pro se

__Polunsky UNIT__

__3872 F.M. 350- South__

__Livingston__ , Texas __77351__

TDCJ-Id No. 1400186

Assistance District Atty.

John Harrity, III

S.B.O.T. NO. 09133100

301 Jackson St. Rm. 101

Richmond, Texas 77469

281-341-4460 (office)
281-341-8638 (fax)

---

II. Perfection Of Appeal And Jurisdiction (TRAP 32.1(b), (c), (g), (j)

Date Order Signed:

November 12, 2014

Date Notice of Appeal Filed In

Trial Court: December _8_ , 2014

(date Notice was mailed)

---

What Type Of Judgment?:

Three (3) "Orders" Denying: (Appellant's/Applicant's)

1. Final Disposition Determination Hearing Request. See Exhibit-(SW-1)

2. Motion Requesting An Evidentiary Hearing For A §4(a) Provision "Final Disposition Determination Conducted For Applicant's Prior Ground One "Denied U.S., Fed., And Tex. Sixth Amendment Right To Counsel" Claim. See Exhibit-(SW-2)

PAGE_1 (Docket Statement)

[illegible]

[illegible] : 01-CR-[illegible]

[illegible] : [illegible]

[illegible] WR-[illegible]-02; 01-CR-[illegible]

[illegible]

DOCKETING STATEMENT (Criminal)

Court of Appeals [illegible]

[illegible]

**1. Parties (TRAP 32.1(a), (c))**

| | |
|---|---|
| Appellant(s): | Appellee(s): |
| [illegible] Delafosse Jr. | State of Texas |
| Pro se | [illegible] |
| Attorney (lead appellate counsel) | [illegible] District Attorney |
| Pro se | [illegible] |
| Polunsky Unit | [illegible] |
| 3872 F.M. 350 South | [illegible] |
| Livingston, Texas [illegible] | [illegible], Texas [illegible] |
| TDCJ-ID No. 1400[illegible] | [illegible] (office) |
| | [illegible] (fax) |

[illegible]

| | |
|---|---|
| Date [illegible] | Motion [illegible] November 8, 2011 |
| November 12, 2010 | ([illegible]) |

Type Of Judgment:

Three (3) "Orders" Denying Appellant's/Applicant's [illegible]

1. Final Disposition/Determination Denying Request For Exhibits (P-1)

2. Order Denying Evidentiary Hearing For A 24(c) [illegible] Petition Determination Conducted For Applicant's Rule [illegible] U.S. Const., And Tex. Sixth Amendment Right To Counsel [illegible] Exhibit-(P-2)

Exhibit 1 (Docket Statement)

3. Order denying 3 11.07 Subsequent Writs filed October 22, 2014.

Interlocutory Appeal of appealable order: (NO)

Accelerated appeal: (NO)

Appeal that received precedence, preference, or priority under Statute or Rule: (NO)

III. Actions Extending Time To Perfect Appeal (TRAP 32.1(d)):

ACTION                                                                    DATE FILED

Motion for New Trial: (NO)

Motion to Modify Judgment: (NO)

Request for Finding of Fact and Conclusion of Law: (NO)(Required in habeas corpus proceedings)

Motion to Reinstate: (NO)

TRCP306a.3 Requested copies of Orders for two additional cause numbers entailed in this Appellate proceeding.                                  Dec. 3,2014

OTHER: (YES)

Written Request To Supplement the Clerk's Record with Omitted Items(Exhibits)
  Pertinent to this Appeal and Correct incorrect information listed on the
  Clerk's Summary Sheet for all three (3) cause numbers pertinent to this Appeal.

                                                                        Dec. 29, 2014

IV. Indigency Of Party(TRAP 32.1(k):(Filed request with Notice of Appeal)

                                                                        Dec. 8, 2014
Affidavit filed: (YES)                                                  Dec. 8, 2014
Contested filed: (NO)
Ruling on Contest: (N/A)

V. Bankruptcy (TRAP 8): (N/A)

VI.Trial Court and Record (TRAP 32.1(c),(h),(i):
Court: 240th Judicial District            County:Fort Bend County, Texas
°Trial Court Docket numbers:05-DCR-042537-B HC3, 05-DCR-042538-B HC3, 05-DCR-042572-B HC3

°Trial Habeas Judge: Assigned Visiting judge: Lee Duggan Jr. (Nov. 12, 2014)
°Trial judge: Assigned Visiting judge: Ross Sears (Aug. 15-17, 2006)
°Telephone No:(281)341-4502      Telecopy No:(281)341- N/A
 Address: 301 Jackson St., Richmond, Texas 77469

°Clerk' Record  (YES)          °Will Request A Designation of Record

°Was Requested on:December 29, 2014

°Court Reporter or Court Recorder: (N/A) "Subsequent Writ proceedings"

°Length of Trial: Subsequent Writ proceedings held by Visiting Judge only

°State arraignment made for payment of Court Reporter/Recorder: (N/A)

 Filed Affidavit of Indigency To proceed with Appeal.

°Reporter's or Recorder's Record: (N/A)

---

## VII. Nature Of the Case (TRAP 32.1(f):

°Subsequent Writ Habeas Corpus proceedings  where Appellant filed his initial
Ground One " Denied U.S., Fed. and Tex. Sixth Amendment right to counsel" claim
to receive a C.C.P. §4(a) Final Disposition Determination made to determine if
Appellant's 3 Subsequent Writ Grounds "claims", presented an exceptional cir-
cumstance to overcome a §4 bar. The Court without conducting the §4(a) procedure,
then denied Appellant's Memorandum "Order" Final Disposition Determination Hear-
ing Request, and Motion For An Evidentiary Hearing For A §4(a) Final Disposit-
ion Determination Procedure.... "Order".

---

## VIII. Supersedeas Bond(TRAP 32.1(1):

°None Filed

---

## IX. Extraordinary relief:

°None Will be requested

---

## X. Alternative Dispute Resolution/Mediation :

   1. Should this Appeal Be Referred To Mediation:  (NO)

      °There are disputed Facts that need to be resolved by the Appellate Court,
      and a determination made for the issues presented for review.

   2. Has the case been through an ADR procedure in the Trial Court: (NO)

---

## XI. Related Matters:

°Initial habeas corpus proceedings  (April 29, 2009)

°First Subsequent Writ proceedings ( March 10, 2013)

---

## XII. Any other information requested by the Court: (N/A)

---

XIII. Signature: _Dennis James Poledore Jr._

°Signature Of Counsel(or Pro se Party): *Dennis James Poledore Jr*

Date: December 29, 2014

Printed Name: DENNIS JAMES POLEDORE JR.

---

XIV. Certificate of Service:

°The undersigned Pro se Appellant certifies that this docketing statement has been served on the following lead counsel for all parties to the Trial Habeas Court's denial of Appellant's "Orders" request for a Final Disposition Determination Hearing attached to his Memorandum, and Motion For An Evidentiary Hearing. Additionally, the "Order" denying his Subsequent Writ. The parties are as follows: °(TRAP 9.5(e)) requirements stated below:

## CERTIFICATE OF SERVICE

As required by Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I Dennis James Poledore Jr., Appellant served this document on all parties which are listed below on December 29, 2014 as follows:

1. John J. Harrity III (Assistant District Attorney)
   Fort Bend County
   301 Jackson St., Room 101
   Richmond, Texas 77469          (1) Carbon copy

2. Court of Appeals First District, Clerk of the Court (Christopher A. Prine)
   301 Fannin Street
   Houston, Texas 77002-2066
   (1) Original with a request to suspend the rule 9

By placing the above mentioned Original and carbon copy in the U.S. Postal Mail Box at the Polunsky Unit, 3872 F.M. 350-South, Livingston, Texas 77351, on the 29 day of December, 2014.

SIGNATURE OF AFFIANT
DENNIS JAMES POLEDORE JR.

TDCJ-ID NO. 1400186
POLUNSKY UNIT
3872 F.M. 350-South
Livingston, Texas 77351

Appellant — Pro se

TO: CHRISTOPHER A. PRINE, FIRST COURT OF APPEALS COURT CLERK
301 FANNIN
HOUSTON, TEXAS 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN - 5 2015

CHRISTOPHER A. PRINE
CLERK



FROM: DENNIS JAMES POLEDORE JR.
TDCJ NO. 1400186
Polunsky Unit
3872 F.M. 350-South
Livingston, Texas 77351

RE: MOTION TO SUSPEND TRAP RULE 9.3 PURSUANT TO TRAP RULE 2; NOTICE OF APPEAL WITH
DECLARATION OF INDIGENCY IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS;
COPY OF REQUEST FOR PREPARATION OF IDENTICAL CLERK'S RECORD FROM DESIGNATED LIST
OF DOCUMENTS AND EXHIBITS(PROVIDED) PURSUANT TO TRAP 34.5(10) WITH AN ATTACHED
LETTER REQUESTING CLERK'S SUMMARY SHEETS BE CORRECTED WITH ATTACHED EXHIBITS;
COPY OF ORIGINAL NOTICE OF APPEAL POINTING OUT APPELLANT'S REQUESTED NATURE TO
APPEAL AND REQUEST FOR THE HABEAS COURT JUDGE TO CERTIFY MY RIGHT TO APPEAL 3
APPEALABLE ORDERS FROM HIS DENIAL RENDERED ON NOVEMBER 12, 2014 ALSO ATTACHED:
AND A "DOCKET STATEMENT" FILED UNDER TRAP 32.

Dear Clerk,

Please find the above listed documents listed above, to be filed in Appellate
cause numbers;01-14-01001-CR, 01-14-01002-CR, 01-14-01003-CR, for consideration
and filing. The number one correction I've request is, for the Clerk to properly
labelize the Nature of this Appeal. Pursuant to TRAP Rule 36.3, I'm asking that if
the records are not corrected and the designated documents and exhibits list can
not be provided, you(office)command that a correct Clerk's Summary Sheet be sent.
In addition to all necessary documents and exhibits required and what Appellant has
requested in the interest of justice.

Your attention to this request is appreciated. Thank you in advance.

Date: December 29, 2014                              Sincerely

                                                     _Dennis James Poledore_
                                                     DENNIS JAMES POLEDORE JR.

                                                     APPELLANT

CC: JOHN J HARRITY III, Assiatant District Attorney
    Fort Bend County, Texas

#1001186 DENNIS Bledsoe
Polunsky Unit
3872 F.M. 350-South
Livingston, Texas 77351

(Legal Mail)

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN – 5 2015

CHRISTOPHER A. PRINE
CLERK

To: (First Court of Appeals)
Christopher A. Prine, Clerk
301 Fannin
Houston, Texas 77002-2066



FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN – 5 2015

CHRISTOPHER A. PRINE
Clerk